UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:25-cv-00319-SHK | Date: | June 4, 2025 |
| Title: | *Hoang Minh Le v. Kwik Check Realty Co., Inc.* | | |

Present: The Honorable  Shashi H. Kewalramani, United States Magistrate Judge

| D. Castellanos | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings (IN CHAMBERS):  ORDER RE CLARIFICATION OF PROOF OF SERVICE**

    The instant action was randomly assigned to this Magistrate Judge under the Direct Assignment of Civil Cases to Magistrate Judges Program in accordance with General Order 24-05.  Pursuant to the General Order, the initiating party must serve the Notice and Declination of Consent Form on each newly served party or party added to the case at the time of service of the summons and complaint or other initiating document (e.g., Notice of Removal).  See General Order 24-05.

    On February 5, 2025, Plaintiff Hoang Minh Le ("Plaintiff") filed a Complaint ("Complaint" or "Compl.") against Defendant Kwik Check Realty Co., Inc. ("Defendant").  Electronic Case Filing Number ("ECF No.") 1, Compl.  On February 5, 2025, the Court issued a form Notice of Assignment to a U.S Magistrate Judge and Declination of Consent ("Consent Notice"), pursuant to General Order 24-05, as indicated above.  ECF No. 5, Consent Notice.

    On May 13, 2025, Plaintiff filed a Proof of Service ("POS"), indicating that the Summons, Complaint, Civil Cover Sheet, and Certificate of Interested Parties were served on Defendant on May 13, 2025.  ECF No. 8, POS.  However, there is no indication in the POS that the Consent Notice was served on Defendant, nor has Plaintiff filed any other proof that the Consent Notice was served on Defendant.

    Accordingly, the Court now orders Plaintiff to file, on or before **June 12, 2025**, proof of service of the Consent Notice on Defendant.

    **IT IS SO ORDERED.**