# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOANG MINH LE, an individual<br><br>Plaintiff,<br><br>vs.<br><br>KWIK CHEK REALTY Co., Inc., a California corporation;<br><br>Defendants | Case No.: 5:25-cv-00319-PD<br><br>**ORDER RE STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>*Note Changes |

Pursuant to the parties' "Stipulation of Voluntary Dismissal with Prejudice," and good cause appearing therefore, IT IS HEREBY ORDERED that the above-captioned action shall be dismissed with prejudice. Each party shall bear his or its own costs and attorney's fees. This Court will retain jurisdiction for the sole purpose of enforcing the settlement until February 27, 2026.

IT IS SO ORDERED

Dated January 30, 2026

_____
Patricia Donahue
United States Magistrate Judge